UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TECHNOGLASS HOLDINGS INC. *et al.*,

Plaintiffs,

-v-

CHRISTIAN LAMARCO *et al.*,

Defendants.

26 Civ. 6986 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On October 1, 2026, defendant filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Dkt. 18. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by October 22, 2026. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by November 12, 2026, defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by October 15, 2026. Defendants' reply, if any, shall be filed by October 22, 2026. At the time any reply is filed, the moving party shall supply the Court with

[1] If defendant files a new motion to dismiss or rely on its previous motion, plaintiff's opposition will be due 14 days thereafter, and defendant's reply, if any, will be due seven days after that.

two courtesy copies of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 2, 2026
New York, New York