**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TECNOGLASS HOLDINGS INC.,
JOSÉ DAES, AND CHRISTIAN DAES,

*Plaintiff*,

v.

CHRISTIAN LAMARCO and SHADYSIDE PARTNERS, LLC.,

*Defendants*.

Case No.: 1:26-CV-06986-PAE

**NOTICE OF APPEARANCE**

David Margulis, Esq., of Cozen O'Connor, hereby enters his appearance in this case as attorney for Christian Lamarco and Shadyside Partners, LLC.

Dated: October 6, 2026

*s/David Margulis*
David Margulis, Esq.
Cozen O'Connor
3 WTC, 175 Greenwich Street, 55th Fl.
New York, New York 10007
Telephone: (212) 883-2250
DMargulis@cozen.com

*Attorney for Defendants*
*Christian Lamarco and Shadyside Partners, LLC*

**CERTIFICATE OF SERVICE**

I, David Margulis, hereby certify that on October 6, 2026, a true and correct copy of the foregoing Notice of Appearance was filed with the Clerk of Court and served upon all counsel of record via the Court's CM/ECF system:

*s/David Margulis*
David Margulis, Esq.