**quinn emanuel trial lawyers | new york**
295 5th Avenue, New York, New York 10016 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7535**

WRITER'S EMAIL ADDRESS
**hopeskibitsky@quinnemanuel.com**

October 9, 2026

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1305
New York, New York 10007

**Re: *Tecnoglass Holdings Inc. v. Lamarco*, No. 26 Civ. 06986 (PAE)**

Dear Judge Engelmayer:

We write on behalf of Plaintiffs Tecnoglass Holdings Inc., Jose Daes and Christian Daes in the above-referenced case. Plaintiffs respectfully request an extension of their time to oppose Defendants Christian Lamarco and Shadyside Partners' Motion to Dismiss the Complaint (ECF No. 18) up to and including October 26, 2026.

Plaintiffs' current deadline to oppose the Motion to Dismiss is October 15, 2026. This is Plaintiffs first request for an extension. Defendants consent to Plaintiffs' requested extension on the condition that their deadline to reply to Plaintiff's opposition be moved from October 22, 2026 to November 9, 2026. The requested dates will not impact any other dates set by the Court in this action except for the reply deadline, as described.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Hope D. Skibitsky*

Hope D. Skibitsky

cc: All counsel of record via ECF

GRANTED.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: October 13, 2026

New York, New York