**quinn emanuel** **trial lawyers | new york**
295 5th Avenue, New York, New York 10016 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7535**

WRITER'S EMAIL ADDRESS
**hopeskibitsky@quinnemanuel.com**

October 26, 2026

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1305
New York, New York 10007

**Re: *Tecnoglass Holdings Inc. v. Lamarco*, No. 26 Civ. 06986 (PAE)**

Dear Judge Engelmayer:

We write on behalf of Plaintiffs Tecnoglass Holdings Inc., José Daes and Christian Daes in the above-referenced case. Pursuant to 3.J of Your Honor's Individual Rules and Practices, Plaintiffs respectfully request oral argument on their pending Opposition to Defendants' Motion to Dismiss.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Hope D. Skibitsky*

Hope D. Skibitsky

cc: All counsel of record via ECF

The Court has received plaintiffs' request for oral argument on the pending motion to dismiss. Dkt. 18. The Court presently expects to resolve the motion on the papers.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: November 16, 2026
New York, New York